United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO: G-19-20-4 |
| § | |
| JAIRO SALVADOR § | |
| LICONA-CARDENAS, § | |
| aka "Gato" § | |
| § | |
| Defendant. § | |
| § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JAIRO SALVADOR LICONA-CARDENAS

■ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas on _Sept 26_, 2019.

_____
UNITED STATES MAGISTRATE JUDGE